# MANDATE

08-1170-PR
SDNY (New York)
08-CV-1123
Wood, D.J.

Rodwell Poole
Perry County Correctional Center
Rt. 2 Box 176 Hwy 80
Uniontown, Al 36786

United States District Court
Southern District of New York
500 Pearl Street, Room 203
New York, NY 10007

March 7, 2008

Dear Clerk,

I would like to withdraw my appeal of docket # 08-CV-01123, made by Judge Kimba M. Wood on February 4, 2008. On further examination of this dismissal, it is clear I filed my petition in the wrong court. The District Court has no jurisdiction over this matter and for this reason, I would ask the Clerk to withdraw my appeal. I would like to take this time to apologize to the Court for the inconvenience.

*Withdrawal of appeal granted.*

For The Court:
Catherine O'Hagan Wolfe, Clerk

By: _____
Catherine J. Minuse
Supervisory Staff Attorney

THENESIA TURNER
Notary Public, State of Alabama
Alabama State At Large
My Commission Expires
November 28, 2011

Sincerely,
Rodwell Poole
Rodwell Poole A# 35-924-060

Thenesia Turner
3/7/08

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
DEPUTY CLERK

ISSUED AS MANDATE: AUG 28 2008